UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINIA

Jonathan Lee Riches©,					CIVIL NO:
Plaintiff

											# 07-4137-MBS-WMC
V.

Altria Group Inc d/b/a Philip Morris USA  A/K/A
Philip Morris International,
Defendants				Complaint

42 USC 1983, My Civil Rights are violated. FCI Williamsburg will not let me smoke tobacco, If I do I get punished, thrown in Solitary Confinement for 24 hours a day. This is unconstitutional. I have a right to crave cigarettes. I have no corn cob pipe. I'm subjected to second hand smoke from guards smoking, this is unconstitutional, I seek $3 million.

Jonathan Lee Riches©
#40948-018 FCI Williamsburg
P.O. Box 340 Salters, S.C. 29590
843-387-9400

Respectfully
Submitted
Jonathan Lee Riches©